**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| Nicholas B. Dewald | : | |
| Debtor | : | BANKRUPTCY NO.: 18-10769-mdc |

### **CERTIFICATE OF SERVICE**

I, Brandon Perloff, Esquire, do hereby certify that true and correct copies of the Debtor's Amended Chapter 13 Plan have been served upon the following interested parties this 10th day of April, 2018.

cc:   **Notice will be electronically mailed to:**
United States Trustee  USTPRegion03.PH.ECF@usdoj.gov

William C. Miller, Chapter 13 Trustee,
ecfemails@ph13trustee.com, philaecf@gmail.com

Nicholas B. DeWald
9921 Bustleton Ave, Unit R-3
Philadelphia, PA 19115
(via email)

**Via Regular Mail**
American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

U.S. BANK NATIONAL ASSOCIATION
(TRUSTEE FOR THE PHFA)
211 North Front Street
Harrisburg, PA 17101

Pathways Condominium Association
9921 Bustleton Ave
Philadelphia, PA 19115-1556
(No Claim Filed)

All remaining interested parties

                                                  Respectfully submitted,

                                                  _/s/ Brandon Perloff_____
                                                  Brandon Perloff, Esq.