# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicholas B. DeWald<br>　　　　　　　　Debtor<br><br>U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)., its successors and/or assigns<br>　　　　　　　　Movant<br>　　　vs.<br><br>Nicholas B. DeWald<br>　　　　　　　　Debtor<br><br>William C. Miller Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 18-10769 mdc<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)., which was filed with the Court on or about March 30, 2018 Document No. 14.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　kmcdonald@kmllawgroup.com
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

April 19, 2018