# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10769-MDC

NICHOLAS B DEWALD

9921 BUSTLETON AVE
UNIT R-3
PHILADELPHIA, PA 19115

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    NICHOLAS B DEWALD

    9921 BUSTLETON AVE
    UNIT R-3
    PHILADELPHIA, PA 19115

Counsel for debtor(s), by electronic notice only.

    BRANDON J. PERLOFF
    415 S. BROAD ST., UNIT 2R

    PHILADELPHIA, PA 19147-

Date: 7/20/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee