United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10769-mdc |
| Nicholas B. DeWald | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 09, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas B. DeWald, 9921 Bustleton Ave, Unit R-3, Philadelphia, PA 19115-1521 |
| 14051289 | + | Asset Maximization Group. Inc, 26-12 Borrough Pl, Suite 6B, Woodside, NY 11377-7835 |
| 14057235 | + | Daniel J. Santucci, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14166280 | + | Pathways Condominium Association, 9921 Bustleton Ave, # A4, Philadelphia, PA 19115-1502 |
| 14074799 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 09 2023 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2023 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14051287 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 09 2023 23:53:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 14053066 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 09 2023 23:53:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14077782 | | Email/PDF: bncnotices@becket-lee.com | Mar 10 2023 00:04:38 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14051288 | + | Email/PDF: bncnotices@becket-lee.com | Mar 10 2023 00:04:45 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 14051290 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 09 2023 23:53:00 | Bank Of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 14051291 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2023 00:04:50 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14051293 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2023 00:04:45 | Citibank, Citicorp Credit Srvs/Centralized Bankrup, PO Box 790040, St. Louis, MO 63179-0040 |
| 14051294 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 09 2023 23:54:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14051295 | + | Email/Text: mrdiscen@discover.com | Mar 09 2023 23:53:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14051292 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 10 2023 00:04:36 | Chase Card Services, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14090406 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2023 00:04:44 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital |

| | | | | |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14051296 | + Email/Text: bankruptcydpt@mcmcg.com | | Mar 09 2023 23:53:00 | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14077580 | + Email/Text: bankruptcydpt@mcmcg.com | | Mar 09 2023 23:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14051297 | + Email/Text: blegal@phfa.org | | Mar 09 2023 23:53:00 | Pa Housing Finance Age, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14073671 | + Email/Text: dbogucki@trumark.org | | Mar 09 2023 23:54:00 | TruMark Financial Credit Union, 335 Commerce Drive, P.O. Box 8127, Fort Washington, PA 19034-8127 |
| 14051298 | + Email/Text: dbogucki@trumark.org | | Mar 09 2023 23:54:00 | Trumark Fin, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14051299 | + Email/Text: dbogucki@trumark.org | | Mar 09 2023 23:54:00 | Trumark Financial Cu, 335 Commerce Dr, Fort Washington, PA 19034-2701 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON J PERLOFF | on behalf of Debtor Nicholas B. DeWald bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY). bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 09, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

LEON P. HALLER
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY). lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Nicholas B. DeWald
      Debtor(s)

Case No: 18−10769−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
          Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/9/23